♦AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
### District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>GEORGE E. GRANZELLA | Judgment in a Criminal Case<br>(For a Petty Offense) — Short Form<br><br>Case No.  11-mj-00002-GJR<br>USM No.<br>Gregory Mueller<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)  One of Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 13 and<br>C.R.S. § 42-2-101(1) | Operate Motor Vehicle without a Valid Drivers License | 10/24/2010 | One |

☐ Count(s) _____ ☐ is  ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

Total: $125.00     **Assessment** $ 25.00     **Fine** $ 100.00

Last Four Digits of Defendant's Soc. Sec. No.: 8246

Defendant's Year of Birth: 1962

City and State of Defendant's Residence:
Grand Junction, CO 81503

01/04/2011
Date of Imposition of Judgment

*/s/ Gudrun J. Rice/*
Signature of Judge

Gudrun J. Rice     Magistrate Judge
Name and Title of Judge

1/06/2011
Date